**Petition for Writ of Habeas Corpus Granted and Order filed January 5, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00937-CV

## IN RE CHOUAIB ABERKANE

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-30820**

## O R D E R

Relator Chouaib Aberkane has filed a petition for writ of habeas corpus. The court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the court orders the Sheriff of Harris County to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3), *see also* Tex. Gov't Code Ann § 22.221(d).

In addition the court requests that the real party in interest Laura Depree file a response to the petition for writ of habeas corpus on or before January 19, 2023. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.